1   LOCKE LORD LLP
    Regina J. McClendon (SBN 184669)
2   rmcclendon@lockelord.com
    Xiyi Fu (SBN 278274)
3   jackie.fu@lockelord.com
    44 Montgomery Street, Suite 4100
4   San Francisco, CA 94104
    Telephone:  (415) 318-8810
5   Fax:  (415) 676-5816
6
7   Attorneys for Defendant
    Ditech Financial LLC
8

9                  UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

12  LOUIE GONZALEZ,                    )  CASE NO.:  3:16-cv-05678-HSG
                                       )
13                      Plaintiff,     )  Hon. Haywood S. Gilliam, Jr.
                                       )
14          vs.                        )  **STIPULATION AND ORDER TO**
                                       )  **EXTEND DEFENDANT'S**
15                                     )  **RESPONSE DEADLINE**
    Experian Information Solutions, Inc.; Ditech )
16  Financial, LLC; and DOES 1 through 100 inclusive, )
                                       )
17                      Defendants.    )  Complaint Filed:  October 5, 2016
                                       )
18  _____

19

20          Defendant Ditech Financial LLC ("Ditech") and plaintiff Louie Gonzalez ("Plaintiff"), by

21  and through their respective counsel of record, jointly stipulate and agree as follows:

22                                **RECITALS**

23          WHEREAS, Plaintiff filed the Complaint on October 5, 2016;

24          WHEREAS, Plaintiff served the Complaint on Ditech on October 11, 2016;

25          WHEREAS, Ditech's current deadline to respond to Plaintiff's Complaint is November 1,

26  2016;

27          WHEREAS, the Parties wish to explore potential resolution to the litigation;

28

*Locke Lord LLP*
*44 Montgomery Street, Suite 4100*
*San Francisco, CA  94104*

1

## **STIPULATION**

2      WHEREFORE, the Parties stipulate and agree:

3      Ditech's deadline to respond to the Complaint is extended to December 31, 2016.

4

5  **IT IS SO STIPULATED.**

6  Dated:  November 1, 2016                    LOCKE LORD LLP

7

8                                             By:   _/s/ Xiyi Fu_____

9                                                   Regina J. McClendon
                                                    Xiyi Fu

10                                            Attorneys for Defendant Ditech Financial LLC

11

12  Dated:  November 1, 2016                    SAGARIA LAW, P.C.

13

14

15                                            By:   _/s/ Elliot Gale_____
                                                    Elliot Gale

16                                            Attorney for Plaintiff Louie Gonzalez

17

18

19

20

21

22

23

24

25

26

27

28

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

1    Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence

2  regarding the filing of this document from the signatories to the document.

3    Dated: November 1, 2016                    /s/ Xiyi Fu_____

4                                              Xiyi Fu

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

3

**ORDER**

Good cause appearing, the deadline for defendant Ditech Financial LLC to respond to the Complaint of plaintiff Louie Gonzalez is extended to December 31, 2016.

IT IS SO ORDERED.

Dated:  November 1, 2016

Honorable Haywood S. Gilliam, Jr.
Judge of the United State District Court

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

STIPULATION AND [PROPOSED] ORDER
*Gonzalez v. Experian Information Solutions. Inc.. et al..* Case No. 3:16-cv-05678-HSG