1   LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
2   rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
3   jackie.fu@lockelord.com
44 Montgomery Street, Suite 4100
4   San Francisco, CA 94104
Telephone:  (415) 318-8810
5   Fax:  (415) 676-5816
6

7   Attorneys for Defendant
Ditech Financial LLC
8

9               UNITED STATES DISTRICT COURT

10    NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   LOUIE GONZALEZ, | )   CASE NO.:  3:16-cv-05678-HSG |
| 13             Plaintiff, | ) <br> )   Hon. Haywood S. Gilliam, Jr. |
| 14    vs. | ) <br> )   **DITECH FINANCIAL LLC'S** |
| 15 | )   **NOTICE OF NON-OPPOSITION** <br> )   **TO PLAINTIFF'S REQUEST FOR** |
|   Experian Information Solutions, Inc.; Ditech | )   **LEAVE TO AMEND THE** |
| 16   Financial, LLC; and DOES 1 through 100 inclusive, | )   **COMPLAINT** |
| 17             Defendants. | ) <br> )   Date: March 9, 2017 |
| 18 | )   Time: 2:00 p.m. <br> )   Courtroom: 10, 19th Floor |
| 19 | ) |
| 20 | ) <br> ) |
| 21 | )   Complaint Filed:  October 5, 2016 |

22       Defendant Ditech Financial LLC ("Ditech"), through its counsel of record, hereby notifies

23   the Court and plaintiff Louie Gonzalez ("Plaintiff") that Ditech does not oppose Plaintiff's request

24   for leave to amend the Complaint, which is set forth in his Limited Opposition to Ditech's Motion to

25   Dismiss.  In filing this Notice of Non-Opposition, Ditech does not concede the validity of the

26   allegations made in the Complaint, and expressly reserves any and all defenses Ditech may have

27   with respect to the claims raised in the Complaint.

28

1    Should this Court grant Plaintiff's request for leave to amend, Ditech respectfully requests

2  that the Court vacate the March 9, 2017 hearing on Ditech's Motion to Dismiss and order Plaintiff to

3  file and serve an amended complaint within ten (10) days from the entry of order.

4

5  Dated:  January 20, 2017                                    Respectfully submitted,

6                                                                              LOCKE LORD LLP

7

8                                                                              By:   _/s/ Xiyi Fu_____

9                                                                                        Regina J. McClendon
                                                                                         Xiyi Fu
10                                                                            Attorneys for Defendant
                                                                                 Ditech Financial LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

NOTICE OF NON-OPPOSITION
*Gonzalez v. Experian Information Solutions, Inc., et al.*, Case No. 3:16-cv-05678-HSG