Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS GONZALEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 5:16-CV-05678-HSG<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT DITECH FINANCIAL, LLC; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Louis Gonzalez and defendant Ditech Financial, LLC ("Ditech"), that Ditech be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

//

DATED: February 6, 2017                Sagaria Law, P.C.

                                       By:  */s/ Elliot W. Gale*
                                            Elliot W. Gale
                                       Attorneys for Plaintiff
                                       Louis Gonzalez


DATED: February 6, 2017                Locke Lord LLP


                                       By:  */s/ Xiyi Fu*
                                            Xiyi Fu
                                       Attorneys for Defendant
                                       Ditech Financial, LLC


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Xiyi Fu has concurred in this filing.
*/s/ Elliot Gale*

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Ditech Financial LLC is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 2/7/2017                        _____
                                       HAYWOOD S. GILLIAM, JR.
                                       UNITED STATES DISTRICT JUDGE