```
 1  Scott Sagaria (State Bar No.217981)
    Elliot Gale (State Bar No. 263326)
 2  Joe Angelo (State Bar No. 268542)
    SAGARIA LAW, P.C.
 3  2033 Gateway Place, 5th Floor
    San Jose, California 95110
 4  Telephone: (408) 279-2288
    Facsimile: (408) 279-2299
 5
    Attorneys for Plaintiff
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| LOUIE GONZALEZ, | Federal Case No.: 3:16-CV-05678-HSG |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Louie Gonzalez and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

1 | DATED:  February 10, 2017        Sagaria Law, P.C.

2 |                                  By:   */s/ Elliot W. Gale*
3 |                                          Elliot W. Gale
                                   Attorneys for Plaintiff
4 |                                  Louie Gonzalez

5 |
6 | DATED:  February 10, 2017        Jones Day

7 |

8 |                                  By:   */s/ Alexandra McDonald*
                                          Alexandra McDonald
9 |                                  Attorneys for Defendant
10|                                  Experian Information Solutions, Inc.

11|

12| I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13| Stipulation. I hereby attest that Alexandra McDonald has concurred in this filing.

14| */s/ Elliot Gale*

15|

16|                         **[PROPOSED] ORDER**

17|      Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice, and that

18| each party shall bear its own attorneys' fees and costs.

      IT IS SO ORDERED.

19|

20| DATED:   2/13/2017                _____
21|                                   HAYWOOD S. GILLIAM, JR.
                                      UNITED STATES DISTRICT JUDGE
22|

23|

24|

25|

26|

27|

28|